SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:19-CR-327-M |
| v. | |
| OMER KUZU | TO BE FILED UNDER SEAL |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiring to Provide Material Support to a Designated Foreign Terrorist Organization
(Violation of 18 U.S.C. § 2339B)

Beginning in or about April 2011 and continuing to the date of this indictment, within the Northern District of Texas, and elsewhere, the defendant, **Omer Kuzu,** a citizen of the United States, did knowingly conspire, with persons known and unknown to the grand jury, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), to wit personnel, including himself, to a foreign terrorist organization, namely, the Islamic State of Iraq and al-Sham (ISIS), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that the organization was a designated foreign terrorist organization and knowing that the organization had engaged in, and engages in, terrorist activity and terrorism, all in violation of Title 18, United States Code, Section 2339B(a)(1).

**Omer Kuzu Indictment – page 1**

A TRUE BILL

_____
FOREPERSON


ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce St., Suite 300
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Errin.Martin@usdoj.gov

_____
TIFFANY H. EGGERS
Assistant United States Attorney
Northern District of Texas

_____ for
MICHAEL J. DITTOE
Trial Attorney, U.S. Department of Justice


Omer Kuzu Indictment – page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

OMER KUZU

SEALED INDICTMENT

18 U.S.C. § 2339B
Conspiring to Provide Material Support to a Designated Foreign Terrorist Organization
(Count 1)

1 Count

A true bill rendered

DALLAS                                                              FOREPERSON

Filed in open court this 9 day of July, 2019.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3-19-MJ-517-BH