UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 3:19-cr-00327-M *SEALED* |
| | § § | |
| OMER KUZU (1) | § | |

## WAIVER OF DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint or an indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a detention hearing.

I agree to waive my right to a detention hearing

__✓__ without reservation.

_____ but reserve my right to ask for a hearing if I am released from state custody while this case is pending.

_____ but reserve my right to ask for a hearing if I am able to obtain a bond from ICE while this case is pending.

DATED this __1__ day of __August__, __2019__.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 1 2019

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

_____
Signature of Defendant

_____
Attorney for Defendant