UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ**, Presiding
DEPUTY CLERK **Marie Castañeda**
LAW CLERK _____
INTERPRETER _____
A.M. _____ P.M. 2:00

COURT REPORTER/TAPE _____
USPO **EVANS**
COURT TIME: **1 MIN.**
DATE: **August 1, 2019**

---

CR. No. **3:19-cr-327-M** DEFT No. (01)

UNITED STATES OF AMERICA
§
§
v.
§
§
OMER KUZU
Defendant's Name

**ERIN MARTIN**, AUSA

**JASON HAWKINS;**
**JOHN NICHOLSON** (F)
Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT

- [X] Defendant SWORN.
- [X] **arr.** Arraignment  ☐ **rearr.** Rearraignment - Held on count(s) **1**
  of the **1** count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
- ☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
- [X] **pl.** Deft enters a plea of  ☒ **ngpl.** (not guilty)  ☐ **gpl.** (guilty)  ☐ **nolopl.** (nolo)
- ☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
- ☐ Waiver of Jury Trial
- ☐ **wvindi.** Waiver of Indictment, filed.
- ☐ Plea Agreement accepted. ☐ Court defers acceptance of Plea Agreement.
- ☐ **plag.** Plea Agreement filed (see agreement for details). ☐ No Plea Agreement.
- ☐ Plea Agreement included with Factual Resume.
- ☐ **facres.** Factual Resume filed.
- ☐ **sen.** Sentencing set _____ at _____ a.m./p.m.
- [X] **jytrl.** Trial set for **TBA** at _____ a.m./p.m.
  Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
- ☐ Order for PSI, Disclosure Date and Setting Sentencing entered.
- ☐ **wvpsi.** PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.
- ☐ **o.(bnd.)** Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
- ☐ **owarr.** Deft failed to appear, bench warrant to issue.
- ☐ Bond ☐ continued ☐ forfeited
- [X] Deft Custody/Detention continued.
- ☐ **loc.(LC)** Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 1 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy