IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case Number: 3:19-CR-00327-M |
| OMER KUZU (1), | § § | |
| Defendant. | § § § | |

## ORDER SETTING GUILTY PLEA HEARING
## VIA VIDEO TELECONFERENCE

In Special Order 13-9, this Court in its capacity as Chief Judge authorized—under authority granted by the Coronavirus Aid, Relief, and Economic Security Act (CARES Act), and based on findings of the Judicial Conference of the United States that emergency conditions will materially affect the functioning of the Court—the use of video teleconferencing for certain criminal proceedings, including guilty plea hearings. A video teleconference may only take place, however, with the consent of the defendant after consultation with counsel.

Here, the Court finds that the felony guilty plea hearing cannot be further delayed without serious harm to the interests of justice. National, state, and local emergencies have been declared. Although the Court would prefer not to conduct felony guilty plea hearings via video teleconference, it finds that delaying the hearing would cause serious harm to the interests of justice. An indefinite delay of the felony guilty plea hearing could undermine the public's confidence in the judicial system, including the community, any victims, and the Defendant's family.

Given Special Order 13-9's authorization, the ongoing national emergency, and the need to protect all participants before the Court, the Court intends to hold the defendant's felony guilty

plea hearing via video teleconference on **August 5, 2020 at 8:30 a.m.** The Court will determine on the record whether the defendant, after consultation with counsel, consents to proceeding via video teleconference. Once available, counsel and all participants, including members of the public who request to participate, will receive a link and instructions for joining the hearing.

**SO ORDERED**.

July 1, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE