# UNITED STATES DISTRICT COURT
## for
### NORTHERN DISTRICT OF TEXAS

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Person Under Supervision: | Omer Kuzu    Case No.: 3:19-CR-00327-M(1) |
| Name of Sentencing Judge: | Senior U.S. District Judge Barbara M.G. Lynn |
| Date of Original Sentence: | September 12, 2024 |
| Original Offense: | Conspiring to Provide Material Support to a Designated Foreign Terrorist Organization, 18 U.S.C. § 2339B, Class C felony |
| Original Sentence: | 84 months custody, 8-year term of supervised release |
| Revocations: | None |
| Type of Supervision: | Supervised Release    Date Supervision Commenced: March 12, 2025 |
| Assistant U.S. Attorney: | Errin Martin    Defense Attorney: Jason Hawkins (Court appointed) |

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the person under supervision as follows:

The defendant shall not possess, view, access, or otherwise use material that reflects extremist or terroristic views or is deemed to be inappropriate by the U.S. Probation and Pretrial Services Office.

The defendant shall not access Internet Relay Chats or newsgroups or participate in any online social environment (i.e., Facebook, Instagram, Twitter, Second Life, LinkedIn, Craigslist, FaceTime, WhatsApp, video/audio, etc.) or texting applications, which allow the user interaction, unless pre-approved and authorized by the probation officer.

### Cause

Omer Kuzu began his 8-year term of supervised release in the Eastern District of Texas, Plano Division, on March 12, 2025. At the time of sentencing, Mr. Kuzu was ordered to participate and comply with the requirements of the Computer and Internet Monitoring Program. He was further ordered to submit to periodic, unannounced examinations of his computer/computers, storage media, and/or other electronic or Internet-capable devices at reasonable times and in a reasonable manner based on a reasonable suspicion of contraband evidence of a violation of supervision.

The instant offense involved Mr. Kuzu accessing various propaganda sources (including electronic and print materials) issued by and related to the Islamic State of Iraq and al-Sham (ISIS), a designated foreign terrorist organization. Additionally, according to the Presentence Report, beginning in 2014, ISIS began utilizing all aspects of social media as part of a well-developed propaganda program to advance its goals and its calls for attacks on behalf of ISIS.

The above listed conditions specify materials Mr. Kuzu is prohibited from possessing, accessing, and viewing, while also providing U.S. Probation with additional monitoring tools to further ensure Mr. Kuzu's compliance with his conditions of supervision. Mr. Kuzu has voluntarily agreed to the modification as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release (Probation Form 49).

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on April 8, 2025
Respectfully submitted,

Approved,

Toni Thompson
Supervising U.S. Probation Officer
Dallas Office
Phone: 214-753-2509

Jesus Perez
Assistant Deputy Chief U.S. Probation Officer
Dallas Office
Phone: 214-753-2528

---

**Order of the Court:**

☐ No Action

☐ The extension of supervision as noted above.

☑ To add to the conditions of supervision the following conditions:

> The defendant shall not possess, view, access, or otherwise use material that reflects extremist or terroristic views or is deemed to be inappropriate by the U.S. Probation and Pretrial Services Office.
>
> The defendant shall not access Internet Relay Chats or newsgroups or participate in any online social environment (i.e., Facebook, Instagram, Twitter, Second Life, LinkedIn, Craigslist, FaceTime, WhatsApp, video/audio, etc.) or texting applications, which allow the user interaction, unless pre-approved and authorized by the probation officer.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Barbara M. G. Lynn
Senior U.S. District Judge

4-23-25
Date

TT

*Attachment

PROB 49

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

United States of America

v.                            Case No.: 3:19-CR-00327-M(1)

Omer Kuzu

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall not possess, view, access, or otherwise use material that reflects extremist or terroristic views or is deemed to be inappropriate by the U.S. Probation and Pretrial Services Office.

The defendant shall not access Internet Relay Chats or newsgroups or participate in any online social environment (i.e., Facebook, Instagram, Twitter, Second Life, LinkedIn, Craigslist, FaceTime, WhatsApp, video/audio, etc.) or texting applications, which allow the user interaction unless pre-approved and authorized by the probation officer.

Witness: _____       Signed: _____
Jacob Gilbert                                          Omer Kuzu
Sr. U.S. Probation Officer                         Supervised Releasee

Date: March 20, 2025